# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jeffrey and Amber Lovdal, | ) |
|            Plaintiffs, | ) **ORDER STATUS** |
| | ) **CONFERENCE** |
| vs. | ) |
| | ) |
| Norcold, Inc., Thetfold Corporation, The Dyson-Kissner-Moran Corporation, and Marlin Ingram RV Center, LLC, | ) |
| | ) Case No. 1:19-cv-050 |
|            Defendants. | ) |

A status conference will be held before the magistrate judge on November 18, 2019, at 10:00 a.m. The conference will be conducted via telephone. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 17th day of May, 2019.

                                                        */s/ Clare R. Hochhalter*
                                                        Clare R. Hochhalter, Magistrate Judge
                                                        United States District Court